Epstein Seif Porter & Beutel, LLP
Attorneys at Law

MAIN OFFICE
50 S. Meridian St., Suite 505
Indianapolis, Indiana 46204

James A. Tanford, *of Counsel*
2303 E Woodstock Pl
Bloomington IN 47401
Direct phone (812) 332-4966

May 26, 2026

**VIA CM/ECF**

Honorable Margaret M. Garnett
U. S. District Court for the Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

**Re: Alba Vineyard & Winery, et al. v. Fan, et al., 1:23-cv-08108-MMG**

Dear Judge Garnett:

We write on behalf of Plaintiffs Alba Vineyard & Winery and Grapes the Wine Company to apprise the Court of the recently issued opinion in a related case involving interstate wine shipping, *Block v. Canepa*, — F.4th — , 2026 WL 1243383 (6th Cir., May 6, 2026). A copy of the slip opinion is attached as Exhibit 1.

In *Block*, an Ohio wine consumer and an Illinois wine retailer challenged, on dormant Commerce Clause grounds, Ohio laws permitting in-state retailers to directly ship wine to Ohio consumers, while preventing out-of-state retailers from doing the same. Op. 4 ("[I]n-state retailers may ship wine directly to Ohio consumers, but out-of-state retailers … may not."). The Sixth Circuit struck down the law.

As a threshold matter, *Block* held that an in-state presence could not be justified as "essential" to the three-tier system because that system was already porous and contained numerous "pathways for out-of-state wine to enter Ohio's market without going through the three tiers—including via direct-to-consumer shipping." Op. 16. So too here. The same wine that New York prohibits Alba from selling directly to retailers may be sold and shipped directly to consumers. PLs Proposed Findings of Fact, Doc. 46 at ¶ 17; PLs Proposed Concl. of Law, Doc. 47, at 23.

*Block* next held that the direct-shipping restriction unlawfully "discriminates between in- and out-of-state interests because it allows direct-to-consumer wine shipping by the former but not the latter," and that the Ohio defendants had failed to justify the restriction on "legitimate 'health and safety grounds.'" Op. 16–17 (citing *Tenn. Wine & Spirits Retailers Ass'n v. Thomas*, 588 U.S. 504, 539–40 (2019)). In particular, the Ohio defendants had attempted to show that requiring retailers to

maintain a physical presence in Ohio was important to public safety because it ensured that Ohio liquor-enforcement agents could physically inspect the premises. That is the same argument made by defendants in this case. DF's Proposed Concl. of Law, Doc. 45, at 20-21. *Block* rejected that attempt, noting the lack of "concrete evidence" for that proposition. Op. 18. And crucially, *Block* observed: "[T]he fact that Ohio already allows interstate direct-to-consumer shipping from licensed sellers (wineries) suggests that it is safe, weakening the public health justifications for the Direct Shipping Restriction." Op. 18 (citation modified). That conclusion is even more warranted here. Not only does New York allow direct-to-consumer shipping without the need for inspections, but the wine in this case would actually be shipped to a New York retailer where it could easily be inspected.. *See* Pls.' Proposed Concl. of Law, Doc. 47, at 17-18.

Plaintiffs submit that this letter is timely and appropriate because the Court has not yet issued a decision, and because decisions from other circuits are relevant where, as here, there is no binding Second Circuit precedent. *See, e.g.*, *TM Patents v. IBM*, 107 F. Supp. 2d 352, 353–54 (S.D.N.Y. 2000).

In the interest of full disclosure, please note that the *Block* plaintiffs were represented by, among others, Robert D. Epstein and James A. Tanford, who are co-counsel for Plaintiffs here.

.

Respectfully submitted:

s/ James A. Tanford
James A. Tanford, PHV
Robert D. Epstein, PHV
EPSTEIN SEIF PORTER & BEUTEL, LLP
50 S. Meridian St., Suite 505
Indianapolis IN 46204
Tel: 317.639.1326
rdepstein@aol.com
tanford@iu.edu

David J. Abrams
Amit R. Vora
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: 212.506/1834
dabrams@kasowitz.com
avora@kasowitz.com

cc: All counsel of record by ECF